# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| Terry Travis, Individually and as Parent and Legal Guardian of T.T., a Minor, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. <br><br> Defendant. | **Civil No. 8:25-cv-00238** <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

**COMES NOW** the Plaintiff, Terry Travis, Individually and as Parent and Legal Guardian of T.T., a Minor, ("Plaintiff") to sue the Defendant, AMAZON.COM, INC., for the causes of action stated herein. In support thereof, Plaintiff states:

## SUMMARY OF THE ACTION

1.     Plaintiff brings this civil action on behalf of his minor child, T.T., to recover for the catastrophic and permanent burn injuries, pain and suffering, and mental anguish T.T. sustained when a defective and unreasonably dangerous Amazon Basics Charger, (hereinafter "Subject Charger"), electrocuted T.T. The Subject Charger was defective, hazardous, and malfunctioned when T.T. was using it in a reasonably foreseeable and intended manner.

1

2.      Plaintiff sues AMAZON.COM, INC. for its respective role in designing, manufacturing, distributing, and supplying the Subject Charger in its defective condition and for otherwise causing the incident and Plaintiff's horrific burn injuries.

## THE PARTIES, JURISDICTION & VENUE

3.      T.T. is a minor child, and Plaintiff is T.T.'s parent and legal guardian.

4.      Plaintiff and T.T. are Florida residents who live in Pasco County, Florida.

5.      AMAZON.COM, INC. ("Amazon") is a foreign Delaware C Corporation with its principal place of business located at 410 Terry Avenue, North, Seattle, Washington 98109.

6.      Defendant Amazon may be served with process through its registered agent, CorpAmerica, 251 Little Falls R., Wilmington, Delaware 19808.

7.      Defendant Amazon operates an online business that sells items throughout the State of Florida. Plaintiff purchased the Subject Charger from Amazon online and it was delivered to their home from the Amazon fulfillment center.

8.      Jurisdiction is based on diversity of citizenship pursuant to U.S.C. § 1332, as this an action for damages that exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorneys' fees, and therefore within the jurisdictional requirements of this Honorable Court.

9.      At all times herein relevant, Amazon was regularly doing business within the state of Florida and sold products within the state of Florida that it marketed, inspected, serviced, and sold.

10. At all times herein relevant, Amazon maintained and operated fulfillment centers within the state of Florida.

11. Amazon regularly solicits business or engages in other persistent courses of conduct and derives substantial revenue from goods used or consumed or services rendered to persons in and from the state of Florida.

12. Amazon expects and should reasonably expect its acts to have consequences in Florida and derives substantial revenue from commerce with citizens and residents of the state of Florida, as well as from interstate commerce.

13. Amazon regularly transacts business with citizens of residents of the state of Florida and contracts to supply its goods and services to the state of Florida.

14. Pursuant to 28 U.S.C. § 1391(b)(2), an action may be brought in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. The acts and omissions alleged in this Complaint occurred in Pasco County, Florida.

## **FACTS**

15. AmazonBasics is a product line owned by Amazon, offering a diverse range of everyday consumer goods. Amazon is in the business of and derives substantial revenue from designing, manufacturing, assembling, producing, marketing, selling, distributing, and maintaining AmazonBasics electronics, including the Subject Charger.

16. Plaintiff purchased the Subject Charger from Amazon.

17. On September 6, 2024, the Plaintiff was utilizing a virtual reality headset with the Subject Charger connected to it. Without warning, the Subject Charger

malfunctioned and exploded, resulting in an electrical shock to the Plaintiff. (Pictured below):



18.     The malfunction resulted in extensive burn injuries to Plaintiff's body. Plaintiff has been permanently scarred and disfigured as a result:



19.     Plaintiff suffered permanent and life-altering injuries as a result of this incident.

20. The Subject Charger was being used in a reasonably foreseeable manner at the time of the incident.

21. The Subject Charger is defective in its design, manufacture, and/or warning.

22. The Subject Charger's defective condition rendered the Subject Charger unreasonably dangerous for its intended, designed, and foreseeable uses.

23. The Subject Charger was the direct and proximate cause of the injuries to Plaintiff, who suffered mental and physical injury, pain and suffering, mental anguish, loss of the capacity for the enjoyment of life, and the expense of hospitalization and rehabilitation, medical, nursing care and treatment. His losses are either permanent or continuing and he will suffer the losses in the future.

24. Amazon was aware of the risks to human health posed by the defective Subject Charger. Amazon knew, or should have known, that the Subject Charger could pose significant health risks to consumers.

25. Amazon negligently distributed, marketed, imported, inspected, maintained, serviced, and/or sold the defective Subject Charger that could explode, short circuit, and electrocute users unexpectedly, under ordinary use and without warning.

26. The risk of danger associated with designing, manufacturing, distributing, supplying, and selling the Subject Charger as it was outweighs any real or perceived benefits. At the time the Subject Charger was designed, manufactured, distributed, supplied, and sold, alternative designs, formulations, and methods of manufacturing existed that would have resulted in a safer and more useful product with little to no increase in cost.

27.    The Subject Charger's defective and unreasonably dangerous condition existed at the time the Subject Charger left Amazon's final possession, custody, and control.

28.    Upon information and belief, Amazon prioritized profits over safety, knowingly disregarding the defective and hazardous nature of the Subject Charger.

29.    Upon information and belief, there are numerous documented instances where similar AmazonBasics chargers designed, manufactured, distributed, supplied, and sold by Amazon failed in a similar manner. Despite this knowledge, Amazon took no action and allowed the Subject Charger to remain in the market, recklessly and intentionally disregarding the potential risks and safety concerns.

## COUNT I— STRICT LIABILITY

30.    Plaintiff re-alleges and incorporates paragraphs 1 through 29 of this Complaint as if fully stated herein.

31.    Amazon is in the business of and derives substantial revenue from designing, manufacturing, assembling, producing, marketing, selling, distributing, and maintaining AmazonBasics electronics, including the Subject Charger.

32.    Amazon inspected, distributed, sold, and/or ultimately placed the Subject Charger into the stream of commerce, selling it directly to Plaintiff.

33.    On September 6, 2024, Plaintiff was using the Subject Charger for its ordinary purpose.

34.    Amazon knew or in the exercise of due care should have known that the Subject Charger was in an unreasonably dangerous condition and would create a

foreseeable and unreasonable zone of risk of harm to product users, consumers, and/or bystanders.

35.   Amazon is strictly liable as the Subject Charger was not properly and adequately designed, manufactured, inspected, tested, labeled, packaged, distributed, sold, or had adequate warnings for, and the Subject Charger was not in a reasonably safe condition so as to not present a danger to users and/or bystanders who reasonably and foreseeably, under ordinary circumstances would come into contact with the Subject Charger, including Plaintiff.

36.   The Subject Charger was defective and in an unreasonably dangerous condition for users, operators, and/or consumers when sold and distributed by Amazon.

37.   The Subject Charger was unreasonably dangerous and unfit for ordinary purposes intended and expected by ordinary consumers, including Plaintiff.

38.   On the date of the subject incident, the Subject Charger was substantially unchanged from its condition as sold and maintained by Amazon.

39.   As a direct and proximate result of the Subject Charger's defective condition, Plaintiff sustained injuries.

**WHEREFORE**, Plaintiff, Terry Travis, Individually and as Parent and Legal Guardian of T.T., a Minor, demands judgment against Defendant, AMAZON.COM, INC., for all injuries and damages sustained as a result of the incident giving rise to this action, whether already incurred or to be incurred in the future, including all actual damages, consequential damages, economic damages, non-economic damages, mental anguish,

7

emotional distress, pain and suffering, punitive damages, costs, and interest, and for any such further relief as the Court deems appropriate.

## COUNT II—NEGLIGENCE

40.    Plaintiff re-alleges and incorporates paragraphs 1 through 29 of this Complaint as if fully stated herein.

41.    Amazon is in the business of and derives substantial revenue from designing, manufacturing, assembling, producing, marketing, selling, distributing, and maintaining AmazonBasics electronics, including the Subject Charger.

42.    Amazon inspected, distributed, sold, and/or ultimately placed the Subject Charger into the stream of commerce, selling it directly to Plaintiff.

43.    On September 6, 2024, Plaintiff was using the Subject Charger for its ordinary purpose.

44.    Amazon knew or in the exercise of due care should have known that the Subject Charger was in an unreasonably dangerous condition and would create a foreseeable and unreasonable zone of risk of harm to product users, consumers, and/or bystanders.

45.    Amazon was under a duty to properly and adequately inspect, test, label, provide adequate warnings for, package, distribute and/or sell the Subject Charger in a reasonably safe condition so as to not present a danger to users and/or bystanders who reasonably and foreseeably, under ordinary circumstances, would come into contact with the Subject Charger, including Plaintiff.

8

46.    Amazon owed a duty to adequately test, inspect, and assure the quality of the Subject Charger before placing it into the stream of commerce.

47.    Amazon owed a duty to provide adequate warnings, instructions, and information with the Subject Charger.

48.    Amazon owed a duty to notify and warn Plaintiff about the Subject Charger's defective and dangerous condition.

49.    On the date of the subject incident, the Subject Charger was substantially unchanged from its condition and sold and maintained by Amazon.

50.    Amazon breached the above duties.

51.    Amazon's breach of the above duties actually and proximately caused injury and damage to Plaintiff.

**WHEREFORE**, Plaintiff, Terry Travis, Individually and as Parent and Legal Guardian of T.T., a Minor, demands judgment against Defendant, AMAZON.COM, INC., for all injuries and damages sustained as a result of the incident giving rise to this action, whether already incurred or to be incurred in the future, including all actual damages, consequential damages, economic damages, non-economic damages, mental anguish, emotional distress, pain and suffering, punitive damages, costs, and interest, and for any such further relief as the Court deems appropriate.

## COUNT III—BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

52.    Plaintiff re-alleges and incorporates paragraphs 1 through 29 of this Complaint as if fully stated herein.

53. At all times material hereto, Amazon was in the business of and derived substantial revenue from designing, manufacturing, assembling, producing, marketing, selling, distributing, and maintaining AmazonBasics electronics, including the Subject Charger.

54. Amazon inspected, distributed, sold, and/or ultimately placed the Subject Charger into the stream of commerce, selling it directly to Plaintiff.

55. There is privity between Plaintiff and Amazon.

56. While Plaintiff was using the Subject Charger in the manner for which it was intended, the Subject Product malfunctioned and electrocuted Plaintiff.

57. At the time Plaintiff purchased the Subject Charger, Amazon knew that the Subject Charger was going to be used to charge and power electronics, and that Plaintiff was relying on Amazon's skill and judgment in designing, manufacturing, assembling, selling, and distributing the Subject Product suitable for that purpose.

58. As a result of the matters alleged above, Amazon impliedly warranted the Subject Charger would be merchantable.

59. The Subject Charger failed to perform as warranted and represented by Amazon.

60. The Subject Charger was defective and not reasonably fit for either the uses or the uses reasonably foreseeable by Plaintiff.

61. At all times material hereto, the Subject Charger was used in a reasonable and foreseeable manner.

62.     Amazon's breach of the above duties actually and proximately caused injury and damage Plaintiff.

**WHEREFORE**, Plaintiff, Terry Travis, Individually and as Parent and Legal Guardian of T.T., a Minor, demands judgment against Defendant, AMAZON.COM, INC., for all injuries and damages sustained as a result of the incident giving rise to this action, whether already incurred or to be incurred in the future, including all actual damages, consequential damages, economic damages, non-economic damages, mental anguish, emotional distress, pain and suffering, punitive damages, costs, and interest, and for any such further relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Terry Travis, Individually and as Parent and Legal Guardian of T.T., a Minor, hereby demands a trial by jury on all issues so triable.

Dated: January 29, 2025

Respectfully submitted,

*/s/ Harris Yegelwel*
**Harris Yegelwel, Esq.**
Florida Bar No.: 124285
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 418-2081
Facsimile: (407) 245-3392
Email: hyegelwel@forthepeople.com
heatherperez@forthepeople.com

11